# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

    **vs.**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:05-CR-420 (GHL)**

**JASON SEARS**

Lionel Hector, Esq. (retained)
Attorney for Defendant

SEP 3 0 2005

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s)  1, as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 145.00 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:  July 22, 2005.**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $250.00, payable immediately.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.  Defendant shall also complete an anger management course to be arranged through the Office of the Judge Advocate General at Fort Drum, New York.

September 27, 2005
Date of Imposition of Sentence

September 30, 2005
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge